IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BLANCHE A. ROBERTS,

       Plaintiff,                     No. CIV 2:11-cv-2207-JAM-JFM (PS)

   vs.

ROSEVILLE POLICE DEP'T, *et al.*,

       Defendants.               ORDER

_____/

       Plaintiff is proceeding in this action pro se and in forma pauperis. Previously, plaintiff's complaint was dismissed with leave to amend. Plaintiff has now filed an amended complaint.

       Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss the case at any time if it determines the allegation of poverty is untrue, or the action is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against an immune defendant. The court cannot make this determination on the present record. Therefore, the court reserves decision on these issues until the record is sufficiently developed.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Service is appropriate for the following defendants: Officers Eastman, Simon, Christian, and the City of Roseville and the Roseville Police Department.

2. The Clerk of the Court shall send plaintiff 6 USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed January 9, 2012.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the United States Marshal:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. 6 copies of the amended complaint filed January 9, 2012.

4. Plaintiff need not attempt service on defendants and need not request waiver of service.

5. Within ten (10) days of submission of the documents to the United States Marshal, plaintiff shall file a statement with the court that said documents have been submitted.

6. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, Ca., 95814.

7. Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: March 19, 2012.

UNITED STATES MAGISTRATE JUDGE

/014;robe2207.ifp.usm

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BLANCHE A. ROBERTS,

      Plaintiff,                     No. CIV 2:11-cv-2207-JAM-JFM

    vs.

ROSEVILLE POLICE DEP'T, *et al.*,     <u>NOTICE OF SUBMISSION</u>

      Defendants.              <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      ____ completed summons form

      ____ completed USM-285 forms

      ____ copies of the Amended Complaint

DATED:

                                         _____
                                         Plaintiff