1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BLANCHE A. ROBERTS,

11                    Plaintiff,                    No. CIV 2:11-cv-2207-JAM-JFM (PS)

12        vs.

13   ROSEVILLE POLICE DEP'T, *et al.*,

14                    Defendants.          ORDER

15   _____/

16          Plaintiff is proceeding in this action pro se and in forma pauperis.  Previously,

17   plaintiff's complaint was dismissed with leave to amend.  Plaintiff has now filed an amended

18   complaint.

19          Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss the case at any

20   time if it determines the allegation of poverty is untrue, or the action is frivolous or malicious,

21   fails to state a claim on which relief may be granted, or seeks monetary relief against an immune

22   defendant.  The court cannot make this determination on the present record.  Therefore, the court

23   reserves decision on these issues until the record is sufficiently developed.

24          In accordance with the above, IT IS HEREBY ORDERED that:

25          1.  Service is appropriate for the following defendants: Officers Eastman, Simon,

26   Christian, and the City of Roseville and the Roseville Police Department.

1        2.  The Clerk of the Court shall send plaintiff 6 USM-285 forms, one summons,

2  an instruction sheet and a copy of the complaint filed January 9, 2012.

3        3.  Within thirty days from the date of this order, plaintiff shall complete the

4  attached Notice of Submission of Documents and submit the following documents to the United

5  States Marshal:

6        a.  The completed Notice of Submission of Documents;

7        b.  One completed summons;

8        c.  One completed USM-285 form for each defendant listed in number 1

9        above; and

10        d. 6 copies of the amended complaint filed January 9, 2012.

11        4. Plaintiff need not attempt service on defendants and need not request waiver of

12  service.

13        5.  Within ten (10) days of submission of the documents to the United States

14  Marshal, plaintiff shall file a statement with the court that said documents have been submitted.

15        6.  The Clerk of the Court is directed to serve a copy of this order on the U.S.

16  Marshal, 501 "I" Street, Sacramento, Ca., 95814.

17        7.  Failure to comply with this order may result in a recommendation that this

18  action be dismissed.

19  DATED: March 19, 2012.

20

21

22  UNITED STATES MAGISTRATE JUDGE

23

24  /014;robe2207.ifp.usm

25

26

2

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BLANCHE A. ROBERTS,

11              Plaintiff,                    No. CIV 2:11-cv-2207-JAM-JFM

12        vs.

13   ROSEVILLE POLICE DEP'T, *et al.*,        NOTICE OF SUBMISSION

14              Defendants.                   OF DOCUMENTS

15   _____/

16              Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18              _____    completed summons form

19              _____    completed USM-285 forms

20              _____    copies of the Amended Complaint

21   DATED:

22

23                                           _____

24                                           Plaintiff

25

26