


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BLANCHE A. ROBERTS,

Plaintiff, No. CIV 2:11-cv-2207-JAM-JFM (PS)

vs.

ROSEVILLE POLICE DEP'T, *et al.*,

Defendants. ORDER

_______________________________/

Plaintiff is proceeding in this action pro se and in forma pauperis. Previously, plaintiff's complaint was dismissed with leave to amend. On January 9, 2012, plaintiff filed a first amended complaint ("FAC"). On review of the FAC, the undersigned found service appropriate for defendants Eastman, Simon, Christian, and the City of Roseville and the Roseville Police Department. Plaintiff was thus ordered to submit necessary documents to the United States Marshal's Office for service. On April 18, 2012, plaintiff filed a statement of submission of documents to the United States Marshal's Office. That same day, plaintiff also filed a motion for leave to amend the FAC. Plaintiff's motion was accompanied with a second amended complaint ("SAC"). Having reviewed the SAC, the court finds the allegations substantively identical to those set forth in the FAC.

Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss the case at any time if it determines the allegation of poverty is untrue, or the action is frivolous or malicious,

fails to state a claim on which relief may be granted, or seeks monetary relief against an immune defendant.  The court cannot make this determination on the present record.  Therefore, the court reserves decision on these issues until the record is sufficiently developed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's April 18, 2012 motion for leave to amend is granted;

2. Service is again appropriate for the following defendants: Officers Eastman, Simon, Christian, and the City of Roseville and the Roseville Police Department.

3. Because the United States Marshal is already in receipt of all necessary forms except for the requisite copies of the SAC, plaintiff shall complete the attached Notice of Submission of Documents and submit to the United States Marshal six (6) copies of the SAC filed April 18, 2012 within thirty days from the date of this order.

4. Plaintiff need not attempt service on defendants and need not request waiver of service.

5. Within ten (10) days of submission of the documents to the United States Marshal, plaintiff shall file a statement with the court that said documents have been submitted.

6. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, Ca., 95814.

7. Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: July 9, 2012.

UNITED STATES MAGISTRATE JUDGE

/014;robe2207.ifp.usm

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BLANCHE A. ROBERTS,

Plaintiff,

No. CIV 2:11-cv-2207-JAM-JFM

vs.

ROSEVILLE POLICE DEP'T, *et al.*,

Defendants.

NOTICE OF SUBMISSION OF DOCUMENTS

________________________________/

Plaintiff hereby submits the following documents in compliance with the court's order filed _______________:

_____ copies of the Second Amended Complaint

DATED:

____________________________________

Plaintiff