UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCHE A. ROBERTS,<br><br>Plaintiff,<br><br>v.<br><br>ROSEVILLE POLICE DEP'T, et al.,<br><br>Defendants. | No.  2:11-cv-02207 TLN DAD (PS)<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, proceeding in pro per, filed this civil rights action pursuant to 42 U.S.C.§ 1983 alleging that the police officers named as defendants unlawfully detained her in violation of her constitutional rights under the Fourth Amendment and that the policies of the municipal defendants caused the alleged violation of her constitutional rights.  (ECF No. 9.)  Plaintiff also alleged various state law claims in her second amended complaint.  (Id.)  On May 15, 2013, the court was notified of plaintiff's death through the filing of defendants' statement noting her death on the record. (ECF No. 16.)

By order filed January 14, 2014, the court granted the special administrator of plaintiff's estate thirty days to retain counsel and re-file his motions for an order substituting a personal representative on behalf of plaintiff and for leave to file a supplemental complaint.  (ECF No. 26.) On February 14, 2014, the special administrator of plaintiff's estate write to the court indicating that plaintiff's son, who resides out of state, had expressed a desire to proceed with this action on

his deceased mother's behalf and was consulting with counsel but needed additional time to do so.  Accordingly, on February 19, 2014, the court granted the special administrator of plaintiff's estate an additional thirty days in which to retain counsel and re-file his motions.  (ECF No. 28.)  Thirty days from that date have now expired and the administrator of plaintiff's estate, nor anyone else, has not filed a motion or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 26, 2014

robe2207.fr

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE